UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PIERRE WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No:  4:16-cv-01681 |
| vs. | ) | |
| | ) | St. Louis County Circuit Court |
| BI-STATE DEVELOPMENT AGENCY, | ) | Cause No. 19SL-AC12015 |
| | ) | |
| and | ) | |
| | ) | |
| ST. LOUIS COUNTY POLICE OFFICER | ) | |
| DAWON GORE, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

## *NOTICE OF REMOVAL*

COMES NOW Defendant Bi-State Development Agency ("Bi-State"), by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby files its Notice of Removal of the above-captioned civil action from the Twenty-First Circuit Court, St. Louis County, State of Missouri (hereinafter referred to as "the State Court") to the United States District Court for the Eastern District of Missouri, Eastern Division. In support of its Notice of Removal, Defendant Bi-State states as follows:

### I.     PROCEEDINGS IN STATE COURT ACTION

1.     On April 22, 2019, Plaintiff Pierre Wilson filed a Petition/Complaint in the State Court against Defendant Bi-State and Defendant Dawon Gore, in his individual capacity, seeking to recover damages for violations of 42 U.S.C. § 1983 due to the use of excessive force, assault, and battery (hereinafter referred to as the "Action").

2. In pertinent part, Plaintiff's Petition/Complaint alleges Defendant Dawon Gore violated Plaintiff's civil rights secured by the Fourth and Fourteenth Amendments of the United States Constitution and the laws of the State of Missouri on April 21, 2014 due to the alleged use of excessive force, assault and battery.

3. Plaintiff's Petition/Complaint seeks damages against Defendant Bi-State based on a theory of vicarious liability and the doctrine of *respondeat superior* only.

4. In pertinent part, Plaintiff's Petition/Complaint alleges Defendant Dawon Gore was a contract employee of Defendant Bi-State, subject to the alleged control of Defendant Bi-State and acting in the furtherance of Defendant Bi-State's business interests.

5. On information and belief, Plaintiff has not properly served Defendant Dawon Gore, an individual, in the Action.

6. Counsel for Defendant Bi-State does not represent Defendant Dawon Gore in this matter or in this Action.

7. As of the time of filing, Defendant Dawon Gore has not made any filings in the Action and no attorney of record is entered on his behalf.

## II.   GROUNDS FOR REMOVAL – FEDERAL QUESTION

8. This Court has original jurisdiction over the Action pursuant to 28 U.S.C. § 1331 as Plaintiff's Petition/Complaint arises under the laws to the United States, to wit, Plaintiff's Petition/Complaint includes a claim for damages due to alleged violations under 42 U.S.C. § 1983 and therefore presents a federal question.

9. This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) over the remaining claims of assault and battery–brought pursuant to Missouri law–as such claims arise out of the same alleged occurrence giving rise to the 28 U.S.C. § 1983 claim and

therefore are "claims so related to the claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." See 42 U.S.C. § 1367(a).

10. Plaintiff's Petition/Complaint also asserts claims seeking damages for assault and battery based on the same alleged occurrence giving rise to the claim for damages based on violations of 28 U.S.C. § 1367(a)–allegedly taking place on or about April 21, 2014.

11. Pursuant to 28 U.S.C. § 1441, the Action is removable to this Honorable Court because it is a civil action, brought in state court, that includes a claim arising under the laws of the United States as defined by 28 U.S.C. § 1331.

### III.   DEFENDANT BI-STATE'S NOTICE OF REMOVAL IS TIMELY

12. On May 8, 2019, Plaintiff filed Service Instructions in the Action and requested the issuance of Summons pursuant to Missouri Rules of Civil Procedure 54.13(a) and 54.16 as to both Defendant Bi-State and Defendant Dawon Gore.

13. On May 9, 2019, the State Court issued an Associate Division Summons to Defendant Dawon Gore and mailed a copy of the Associate Division Summons and Plaintiff's Petition/Complaint via certified mail (# 91 7199 9991 7038 6124 6487).

14. A copy of the Associate Division Summons and Plaintiff's Petition/Complaint were delivered to an agent of Defendant Bi-State on or about May 13, 2019.

15. Defendant Bi-State is timely filing its Notice of Removal under the requirements of 28 U.S.C. § 1446(b) because Defendant Bi-State has filed its Notice of Removal within thirty (30) days after its receipt of the initial pleading setting forth the claim for relief by Plaintiff.

### IV.   COMPLIANCE WITH LOCAL RULES

16.   In accordance with Local Rule 2.02, Defendant Bi-State has filed a Civil Cover Sheet and an Original Filing Form in addition to its Notice of Removal.

17.   Local Rules 2.02 and 2.09 require the filing of a Disclosure of Organizational Interests Certificate by "every non-governmental organizational party."

18.   Defendant Bi-State is a body corporate and politic created pursuant to an interstate compact between the State of Missouri and State of Illinois, ratified by the United States Congress.

19.   Because Defendant Bi-State is not a "non-governmental organizational party" as set forth in Local Rule 2.09, Defendant Bi-State need not, and has not, filed a Disclosure of Organizational Interests Certificate.

20.   In accordance with Local Rule 2.03, a copy of all process, pleadings, and orders served upon Plaintiff in the State Court Action is being filed with this Notice and is attached as Exhibit A.

21.   In accordance with Local Rule 2.03, Defendant Bi-State will file a Notice of Removal in the State Court Action after filing its Notice of Removal with this Court and subsequently file proof of such filing and service with this Court.

WHEREFORE, Defendant Bi-State Development Agency prays this Honorable Court accept jurisdiction of the Action and for all other relief this Court deems appropriate under the circumstances.

4

/s/Donald L. O'Keefe

Donald L. O'Keefe #39278MO
GAUSNELL, O'KEEFE & THOMAS, LLC
Attorneys for Defendant Bi-State
Development Agency
701 Market Street, Suite 200
St. Louis, MO 63101
(314) 257-9807
(314) 257-9801 (fax)
E-mail: dokeefe@gotlawstl.com

I hereby certify that a copy of the foregoing filed electronically with the Clerk of the Court this 11th day of June 11, 2019 to be served by operation of the Court's electronic filing system and via electronic mail upon the following:

Mr. Rufus J. Tate, Jr.
THE TATE LAW FIRM, LLC
230 Bemiston Avenue, Suite 1470
Clayton, MO 63105
314-726-6495
855-825-8283 (fax)
tatelawfirm@gmail.com
*Counsel for Plaintiff Pierre Wilson*

I hereby certify that a copy of the foregoing filed electronically with the Clerk of the Court this 11th day of June 11, 2019 to be served by U.S. Mail upon the following:

Mr. Dawon Gore
5515 Pershing, Apt. 31
St. Louis, MO 63112
*Defendant*

/s/Donald O'Keefe

5